## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, KC Hughes, Special Agent with the Federal Bureau of Investigation, being duly sworn, deposes and states under penalty of perjury that the following is true to the best of my information, knowledge, and belief.

## BACKGROUND

1. I am a Special Agent with the FBI, and have been since 2008. I am currently assigned to the Denver Division of the FBI, and specifically to the Southern Colorado Safe Streets Task Force. As part of my duties, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of Title 18, United States Code, Sections 2251, 2252, and 2252A, and coercion and enticement in violation of Title 18, United States Code 2422(b) and related offenses.

2. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation.  I have set forth facts that I believe are necessary to establish probable cause to believe that GABRIEL LEAL violated Title 18, United States Code, Section 2422(b) (attempted coercion or enticement of a minor) (the "Subject Offense").

3. The information contained within the affidavit is based on my training and experience, as well as information imparted to me by other law enforcement officers involved in this investigation, including information that I have read in other officers' reports and affidavits.

4. I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

## RELEVANT STATUES

5. Title 18, United States Code, Section 2422(b) states: "Whoever, using the mail or any facility or means of interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States knowingly persuades, induces, entices, or coerces any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so, shall be fined under this title and imprisoned not less than 10 years or for life."

6. In Colorado, it is unlawful for a person to "knowingly inflict sexual intrusion or sexual penetration on a victim . . . if . . . [a]t the time of the commission of the act, the victim is less than fifteen years of age and the actor is at least four years older than the victim and is not the spouse of the victim." C.R.S. § 18-3-402(1)(d).

## PROBABLE CAUSE

### *Summary of Investigation*

7. By way of background, and as described in brief in paragraphs 10-14, *infra*, my investigation has revealed that LEAL (at first identified below as "Male-1") used social media to meet a real 13-year-old girl in Pueblo, Colorado and had sex with her, twice.  On numerous occasions, LEAL

1

also used social media to engage with other minor girls—or girls he believed were minors—to send them obscene photographs and videos of himself and to solicit them for sex.

8. As pertinent to the probable cause for the Subject Offense alleged in this complaint, and as described in paragraphs 15-16, *infra*, between July 19, 2023, and July 21, 2023, LEAL used social media to attempt to meet an individual he believed was a 13-year-old girl—but who was actually an FBI special agent acting in an undercover capacity—for sex.

9. LEAL was born in 1997 and is 25 years old.

### *Pueblo Police Department Investigation*

10. In April 2023, the Pueblo Police Department ("PPD") began investigating allegations that an adult male ("Male-1") met a 13-year-old girl ("Victim-1") on a social media platform (the "Social Media Platform") and subsequently had sex with Victim-1 at her house in Pueblo, Colorado. I have learned the following information about PPD's investigation from speaking with PPD officers and reviewing PPD's reports and documents.

11. During the course of PPD's investigation, a PPD officer interviewed Victim-1, who told PPD the following, in sum and substance and in part:

    a. Victim-1 met Male-1 on the Social Media Platform a few days prior to the incident. Male-1 added Victim-1 on the Social Media Platform and began messaging her. Male-1 used a particular screen name ("Screen-Name-1").

    b. Victim-1 told Male-1 that she was 13 years old.

    c. Male-1 began asking to come over to Victim-1's residence. Victim-1 told Male-1 that her mother worked evenings; Male-1 was persistent in being invited over.

    d. Ultimately, Male-1 came over to Victim-1's house. Victim-1 invited a female friend over at the same time (the "Friend"). Male-1 began touching Victim-1 and gave her a massage. Male-1 touched Victim-1's butt and "private area."

    e. At around 2:00 a.m., the Friend left to go home. Male-1 asked Victim-1 to have sex. After they undressed, Male-1 climbed on top of Victim-1 and put his penis into her. Victim-1 reported feeling pain and wanted to scream but was scared.

    f. After having sex with Victim-1, Male-1 fell asleep. At around 4:00 a.m., Male-1 woke up and stated that he needed to leave but first had sex with Victim-1 again.

    g. Subsequently, Male-1 used multiple Social Media Platform usernames to contact Victim-1. Victim-1 ultimately blocked Male-1 on the Social Media Platform.

12. After Victim-1's family learned about the incident as described in paragraph 11, *supra*, Victim-1's family member (the "Family Member") reached out to Male-1 on the Social Media Platform, at Screen-Name-1, and the following occurred, in sum and substance and in part:

    a. The Family Member first posed as a 13-year-old girl on the Social Media Platform and requested Male-1 to be her friend.

    b. The next day, the Family Member reported receiving a video of what appeared to be Male-1 masturbating, along with "dick pics." Male-1 asked the Family Member to meet up for sex at her house. Ultimately, after the Family Member asked intrusive questions in an effort to identify Male-1, he blocked the Family Member on the Social Media Platform.

    c. The Family Member then began using another Social Medial Platform account to pretend to be a 16-year-old girl and again reached out to Screen-Name-1. This time, Male-1 told the Family Member that he is 25 years old and wants to meet up for sex. Male-1 ultimately told the Family Member that he would add her on his "other account" on the Social Media Platform ("Screen-Name-2").

13. On or about June 6, 2023, a PPD officer was dispatched to a home in Pueblo on a report that a 10-year-old girl had received sexual content on social media. PPD's investigation revealed, in sum and substance and in part:

    a. A woman in Pueblo informed PPD that her 10-year-old daughter ("Victim-2") had received messages from Screen-Name-2 (that is, Male-1).

    b. Victim-2 told Male-1 that she is 10 years old.

    c. Male-1 sent Victim-2 a video of a male standing up and exposing his penis (his face was not visible). Male-1 then sent two videos of a male masturbating.

    d. Victim-2's mother did not view these videos because the Social Media Platform deletes them after they are viewed. The messages between Victim-2 and Male-1 were still visible, however, and the mother provided PPD a copy. Among other things, after Victim-2 told Male-1 that he is "[c]reepy" and she is "a minor," Male-1 responded: "I'm sure you look hot." He also repeatedly asked to "LMS you," meaning "let me see you."

14. On or about July 17, 2023, an audio-and-video recorded Child and Adolescent Forensic Interview ("CAFI") was conducted as to Victim-1. During the interview, in sum and substance and in part, the following occurred:

    a. Victim-1 stated that Male-1 added her on the Social Media Platform. She said that Male-1 started saying things that were "weird" and "sexual" and "nasty" and began asking Victim-1 if she wanted to do things with him; Victim-1 said she did not. Victim-1 stated that she communicated on the Social Media Platform with Male-1 for a few days before she allowed him to come over to her house in Pueblo in around April 2023. Victim-1 asked the Friend to come to the house that evening as well because she was scared.

    b. Victim-1 stated that she told Male-1 that she was 13 years old.[1]

    c. When Male-1 first arrived at Victim-1's house, he went downstairs with Victim-1. He began rubbing Victim-1's back, over her clothes, while Victim-1 was laying on her bed. Male-1 started "going down" and "rubbing on" Victim-1. Victim-1 clarified

---

[1] Victim-1 was, in fact, 13 years old at the time of her contact with Male-1. Male-1—that is, LEAL—was 25 years old.

      that Male-1 put his hand in her pants and was rubbing her vagina, first on the outside of her underwear and then inside her underwear.

    d. Victim-1 went to sleep and woke up at around 2:00 a.m. when the Friend had to leave. After the Friend left, Male-1 undressed Victim-1 and "stuck" his "penis" in Victim-1's vagina. Male-1 stopped after around 10 minutes; Victim-1 assumed he "came" because he "just stopped." Victim-1 said that it hurt. At around 4:00 a.m., Male-1 told Victim-1 that he was going to leave. Before he left, however, he had sex with Victim-1 again.

    e. Victim-1 identified LEAL out of a photo book of six photographs as the person who came to her house and had sex with her as described above.

    f. After the encounter described above, Male-1 continued to contact Victim-1 on the Social Media Platform. Victim-1 said that Male-1 sent her "penis pics." Male-1 asked Victim-1 for photos, and she sent him "private pictures," which she clarified were photographs of herself nude. Eventually, Victim-1 stopped communicating with Male-1.

### *LEAL's Conversations With UC-1*

15. Subsequent to Victim-1's identification of LEAL during the CAFI as described in paragraph 14.e, *supra*, on or about July 19, 2023, an FBI Special Agent acting in an undercover capacity ("UC-1") reached out to LEAL on LEAL's Screen-Name-2 on the Social Media Platform.

16. During UC-1's interactions with LEAL, the following occurred between July 19, 2023, and July 21, 2023, on the Social Media Platform, in sum and substance and in part:

    a. LEAL asked UC-1: "Who gave you my [screen name]" to which UC-1 replied, "One of my friends thought I might like u."

    b. LEAL—apparently trying to verify UC-1's identity—asked for multiple photos of UC-1.

    c. LEAL asked UC-1, "Who are you with," to which UC-1 replied, "I'm not dating anyone." LEAL then asked, "Who's with you rn," meaning right now. UC-1 said she was with her "older brother," to which LEAL responded: "Boo."

    d. After asking UC-1 where she lives ("Denver"), LEAL asked UC-1 "What are you doing," to which UC-1 stated: "I just want to get away from my parents."

    e. The next morning, after UC-1 stopped communicating with LEAL overnight, UC-1 stated: "Heyyyy sorry my parents take my phone at night I've got in trouble for sneak out."

    f. LEAL asked for additional photos of UC-1. UC-1 told LEAL: "I'm 13 just letting ubknow sorry." LEAL replied: "Lms," meaning "let me see."

g. UC-1 asked LEAL his age, and LEAL replied: "Older." UC-1 stated: "Oh. That's okay with me."

h. LEAL then told UC-1: "Send me a [photo on the Social Media Platform] babe" to which UC-1 replied: "What do you want to see?" LEAL stated: "You" and "A selfie. Unless you want to show more." Shortly thereafter, LEAL said "I promise I'll send something. Is it ok if I see your body too." UC-1 replied: "Like what do you want to see of my body Ive got small boobs." LEAL said: "Idc [I don't care] I just want to see. Pls," meaning "please."

i. In response, UC-1 sent a photo of her torso, clothed. LEAL then replied with a 23-second-video of himself, shirtless, with an erection. In the video, LEAL pulls his erect penis outside of his pants and manipulates it. LEAL then begged: "Plsssssss," in an attempt to get a photo from UC-1. UC-1 asked: "What are you going to do with my picture," to which LEAL responded: "Not show anyone wtf you're 13 babe it's only for me" and "I don't want to get trouble yk [you know]."

j. LEAL then sent UC-1 another copy of the video of himself described in paragraph 16.i, *supra*. This time, LEAL asked if UC-1 "like[s] it?" UC-1 replied "I dooooo."

k. LEAL asked UC-1 how many guys have sent her "nudes." UC-1 replied, "Several guys like to show their dicks but I like yours." LEAL asked UC-1 why she does not block those other guys and she replied "Cause I kinda like it fr [for real]." He then asked UC-1 if she ever sent "nudes back."

l. LEAL sent UC-1 the same video from paragraph 16.i, *supra*, again, and told her to "Call me," to which UC-1 replied "Cant at store with mom."

m. LEAL asked UC-1 "How many guys have you had sex with," to which UC-1 replied: "Ive had a guy go down on me." LEAL asked: "How old was he," to which UC-1 replied: "17." UC-1 asked LEAL how many girls he has been with, to which LEAL responded: "+30 Not girls but total. I've been with a couple of guys and a few trans too." LEAL explained: "I like sucking dick from tranny's and getting fucked by them But I like girls your age for sex."

n. LEAL then asked: "When can we have sex?" UC-1 told LEAL that she was going to be at her grandfather's house in the Colorado Springs the following day. In response, LEAL said, "So you want me to pick you up so we can fuck. I want to eat you out at least pls." UC-1 said: "That sounds fun." LEAL asked: "What time can I get you babe," to which UC-1 replied: "U sure?" LEAL said: "Yes babe. Do you want to?" UC-1 said "Okay. I can probably sneak away at 10 mirning ish I'll let grandpa I am going to friwnds house." LEAL asked: "Why can't you sneak out at night," to which UC-1 replied that she is not allowed out at night. LEAL advised: "That's why sneak out" and later, "Or let me sneak in."

o. After a discussion about food, LEAL asked, "What time are you coming tomorrow?" UC-1 responded: "I can be free around like 10 in the morning that's when mom goes to work and leaves me at grandpas hous. What do u wanna do." LEAL replied: "Have sex." UC-1 asked, "Does sex hurt," to which LEAL responded: "Depends if

5

you could take it." UC-1 replied, "Take it?" LEAL responded: "My dick." UC-1 said, "It looks rly umm big," to which LEAL replied, "Eh it's small."

p. LEAL asked UC-1: "Can you call me." UC-1 explained she was at the table having dinner so LEAL said, "When you get to your room." LEAL told UC-1: "I'm jacking off rn [right now] and asked "LMS you," meaning "let me see you." UC-1 said, "I cant but tomorrow im excited for u but don't make fun of my smol boobs." LEAL replied: "I want to suck your nipples."

q. LEAL asked if he can "sneak in" tonight. UC-1 told him no, but that she can "sneak out tmrw."

r. LEAL asked UC-1 if she had "ever done this before," referring to meeting someone for sex. UC-1 replied, "no I'm kind of nervous." LEAL replied, "I get nervous too when it's my first time seeing someone so don't worry I'm nervous too baby." LEAL then instructed UC-1 to "Shower and brush your teeth before I pick you up."

s. UC-1 asked LEAL "can u bring condom?" LEAL replied, "I pull out all the time babe ik [I know] how to have sex lol." UC-1 responded, "Uh ok good." LEAL replied, "I'm especially not going to get a 13yo pregnant."

t. LEAL asked UC-1 to send him a photo of "you sucking your fingers sexy." UC-1 responded with a photo of the lower part of her face with her fingers in her mouth with the caption "mom is going to kill me."

u. UC-1 told LEAL, "tomorrow can't wait." LEAL again asked UC-1, "Babe sneak out tn [tonight] pls." UC-1 told LEAL that she "can't wait," but "it will be better tmrow mom will be one she won't know a thing."

v. The next morning, July 21, 2023, LEAL told UC-1 to "call me." UC-1 told LEAL that she was "brushing her teeth" like LEAL "told me to."

w. UC-1 provided a location in Colorado Springs for LEAL to meet her that morning ("Location-1"). LEAL told UC-1 that he did not have access to a car at the moment, but told UC-1 as soon as he "get[s] the car I'ma go drive to you."[2] UC-1 told LEAL that "when u get the car u think so I can start walking." LEAL replied, "I'll let you know when I get it. I'm like 30 minutes away."

x. LEAL asked UC-1 where he should pick her up. UC-1 told LEAL the "parking lot" of Location-1. UC-1 asked LEAL if he sees the "baseball field" and told him he can "park next to it." LEAL demanded that UC-1 "Show me omg" and "Share you location tf [the fuck]." UC-1 replied, "hold on geeze ur scaring me."

y. In response to UC-1 telling LEAL that he is scaring her, LEAL sent UC-1 a voice message on the Social Media Platform that stated: "I don't know how I'm scaring

---

[2] In fact, at the time LEAL sent these messages to UC-1, I was conducting surveillance outside of LEAL's house in Fountain, Colorado, and was aware that the family cars were not at the house. I believed at the time that LEAL was waiting for his mother to get back from work to use her car to meet UC-1.

6

      you. Baby, we're literally going to have sex. It's not a secret."[3] UC-1 told LEAL, "omg u have a good voice babe."

z. UC-1 sent LEAL a screenshot of a map depicting Location-1.

aa. LEAL asked for another photo of UC-1 and she sent him a partial-face selfie. In response, LEAL complimented her eyes and said, "Can't wait to see those eyes sucking my dick." He then asked, "How many dicks have you sucked?" UC-1 replied "i kiss one but never suk how do i do it." LEAL assured her that "You'll practice with mine."

bb. UC-1 asked LEAL, "wait how many girls like me have u had sex wiff." LEAL replied, "Idk [I don't know]," and then asked "Can I lick Your bootyhole." UC-1 asked, "my what? Do girls like that?" LEAL replied, "Yup. Plsssss." UC-1 asked if it's "Gross," to which LEAL replied, that he "like[s] it" but "You got to clean it though. Wash it shower."

cc. UC-1 told LEAL, "i feel like ur so wise" about "sex things." LEAL told her "We'll see how you like it today." UC-1 asked, "where do u wanna do it like in car?" LEAL said, "We're going to have to. Unless you can stay with me the whole night I'll rent a place." UC-1 told LEAL that "wld be fun," and that she would "make sure ur not a creep soon n then maybe if I can."

dd. After a discussion of when LEAL was going to have access to his car, he asked "How many boys ate you out?" UC-1 replied, "just 1," and LEAL confirmed "That's the same one. You kiss the dick." Referring to "the dick," LEAL asked, "How big was it," to which UC-1 replied, "like smaller than what urs looks like."

ee. Finally, LEAL told UC-1 to "Start walking already" to Location-1.

ff. Shortly thereafter, LEAL asked UC-1, "Where are you?" UC-1 replied, "Call me when you u there so I know where to walk k?" LEAL told UC-1 that he already instructed her to start walking and then said, "It seems like you're trying to set me up though." After more conversation about walking and LEAL's car, LEAL again told UC-1 "So you are trying to set me lol." LEAL then demanded the UC-1 call him.

### *LEAL's Arrest*

17. On July 21, 2023, around the time that LEAL told UC-1 to start walking to Location-1, agents on surveillance at LEAL's house in Fountain, Colorado, observed LEAL leave in his mother's car. Agents followed LEAL to Location-1, where LEAL pulled into the parking lot. Based on LEAL's conversations with UC-1, recounted above, however, I believe that LEAL became suspicious that he was being set up by law enforcement, and LEAL left Location-1 in the car.

18. Law enforcement officers followed LEAL and ultimately pulled him over shortly after he departed Location-1. LEAL was arrested on a warrant out of Pueblo for offenses related to his assault of Victim-1, including sexual assault on a child (C.R.S. § 18-3-405), unlawful

---

[3] As described below, I interviewed LEAL for approximately 90 minutes after his arrest. As such, I am very familiar with his voice and I recognize the voice on this message as LEAL's.

sexual contact (C.R.S. § 18-3-404), internet sexual exploitation of a child (C.R.S. § 18-3-405.4), and contributing to the delinquency of a minor (C.R.S. § 18-6-701).

19. Pursuant to a search warrant, officers searched LEAL's car. In the car, among other things, officers located a bag containing a rose-colored vibrator, a three-hole ski mask, Good Head Doc Johnson Deep Throat cotton candy flavored oral anesthetic spray, a rag, pieces of gum, and lip balm.

### *Post-Arrest Interview*

20. Subsequent to his arrest, LEAL was advised of his rights pursuant to *Miranda* and agreed to speak with me and another FBI Special Agent ("Special-Agent-1"). Our interview of LEAL was audio and video recorded. During this interview, the following occurred, in sum and substance and in part:

    a. Special-Agent-1 suggested to LEAL that he could "make it right" with the girl he had sex with in Pueblo (that is, Victim-1) by writing her an "apology letter." Special-Agent-1 suggested that LEAL "shouldn't put this girl through" this kind of trauma, and asked LEAL if he agreed. LEAL said: "I agree" and that he would be "willing to" write an apology letter.

    b. LEAL did, in fact, write an "apology letter" to Victim-1, which stated:

    > To an [sic] beautiful and amazing woman. I'm sorry for all the pain I caused you. I didn't mean to hurt you. I wanted to make you feel loved and special but in doing so I ignored all the bad and trauma I was doing to you. I'm honestly sorry and especially because you're hearing it from his letter and because I couldn't fix anything. I'm so sorry again. Be safe and know nothing was your fault.

    c. I asked LEAL if he knew Victim-1's name, to which he replied that he only knew her Social Media Platform screen name. LEAL told me her screen name, which was a screen name that I understand Victim-1 to have used.

    d. LEAL explained that he found the "girl in Pueblo" on the Social Media Platform because the Social Media Platform lets users see who is near them geographically and then you can "add" those people on the platform.

    e. Referring to Victim-1, LEAL stated that he did not "do that to hurt her or anything" and pointed out that he "didn't break in" and he was "invited" into Victim-1's house.

    f.  When asked if he has done "stuff" with anyone else like he did with the "girl in Pueblo," he responded "no."  I then asked LEAL, "but you were going to today, though," referring to the conversations with UC-1 culminating in LEAL's trip to Location-1.  LEAL replied: "I was just talking, but yeah."  Later, I asked LEAL that although he did not meet with UC-1, the same thing would have happened as happened in Pueblo (referring to sex with Victim-1), to which LEAL replied: "yeah."

*s/ KC Hughes*
Special Agent KC Hughes
Federal Bureau of Investigation

Sworn to before me by reliable electronic means this __9th__ day of August, 2023

_____
Hon. Scott T. Varholak
United States Magistrate Judge
District of Colorado

Affidavit reviewed and submitted by Andrea Surratt, Assistant United States Attorney.

9