AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) ) ) ) ) ) | Case No. 23-mj-00139-STV |
| GABRIEL LEAL, *Defendant* | ) | |

## ARREST WARRANT

TO:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* GABRIEL LEAL, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2422(b) (attempted coercion or enticement of a minor)

Date: August 9, 2023

*Issuing officer's signature*

City and state: Denver, CO

Scott T. Varholak, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*