IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No**. 23-mj-139-STV**

UNITED STATES OF AMERICA,

     Plaintiff,

v.

GABRIEL LEAL,

     Defendant.

---

### MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

The United States of America, by and through the United States Attorney for the District of Colorado, petitions the Court for a Writ of Habeas Corpus Ad Prosequendum and states as follows:

1.     The Defendant, GABRIEL LEAL, YOB: 1997, Inmate # 427318, is now confined in Pueblo County Jail (909 Court St, Pueblo, CO 81003).

2.     A hearing in the above-captioned case will be held forthwith in the United States District Court for the District of Colorado before a United States Magistrate Judge, and it is necessary that he be present in person during the proceedings, appearances, and final disposition of this case.

WHEREFORE your Petitioner moves the Court to order that a Writ of Habeas Corpus Ad Prosequendum be issued by this Court to the United States Marshal for the District of Colorado, or any other United States Marshal, or to any other federal law

enforcement officer, requiring said federal law enforcement officer to serve the writ on the Warden, Superintendent, or Custodian of any place or institution where the Defendant is confined, and requiring said federal law enforcement officer to produce the Defendant before a United States Magistrate Judge for said Defendant's initial appearance; and to hold said Defendant at all times in custody as an agent of the United States of America; and that immediately after the conclusion of the proceedings and final disposition of the above-entitled case in the United States District Court for the District of Colorado, shall return said Defendant to the institution where he was confined, under safe and secure conduct.

Respectfully submitted this 10th day of August, 2023.

COLE FINEGAN
UNITED STATES ATTORNEY

By:  *s/Andrea Surratt*
Andrea Surratt
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Email: Andrea.Surratt@usdoj.gov
Attorney for the Government

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No**. 23-mj-139-STV**

UNITED STATES OF AMERICA,

      Plaintiff,

v.

GABRIEL LEAL,

      Defendant.

---

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

Upon motion of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ requiring the United States Marshal or any other federal law enforcement officer to produce GABRIEL LEAL, YOB: 1997, Inmate # 427318, now confined in Pueblo County Jail (909 Court St, Pueblo, CO 81003), before a United States Magistrate Judge forthwith to appear for proceedings in the above-referenced and pending case; and to hold said Defendant at all times in custody as an agent of the United States of America; that immediately after the conclusion of the proceedings and final disposition of the above-entitled case, return said Defendant to the institution where he was confined, under safe and secure conduct.

SO ORDERED this _____ day of August, 2023.

BY THE COURT:

_____
SCOTT T. VARHOLAK
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No**. 23-mj-139-STV**

UNITED STATES OF AMERICA,

     Plaintiff,

v.

GABRIEL LEAL,

     Defendant.

---

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

**TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF COLORADO, OR TO ANY OTHER UNITED STATES MARSHAL, OR TO ANY OTHER FEDERAL LAW ENFORCEMENT OFFICER** AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE DEFENDANT MAY BE HELD:

This Writ is issued upon Order of the United States District Court for the District of Colorado.  I hereby command that you bring the body of GABRIEL LEAL, YOB: 1997, Inmate # 427318, now confined in Pueblo County Jail (909 Court St, Pueblo, CO 81003), before a United States Magistrate Judge, sitting at Denver, Colorado, forthwith in the United States District Court for the District of Colorado; to appear for proceedings in the above-referenced and pending case; and to hold said Defendant at all times in your custody as an agent of the United States of America; that immediately after the conclusion of the proceedings and final disposition of the above-entitled case in the United States

1

District Court for the District of Colorado, you shall return the Defendant to the institution where he was confined, under safe and secure conduct.

      DATED at Denver, Colorado, this _____ day of August, 2023.

                    BY THE COURT:

                    _____
                    CLERK, UNITED STATES DISTRICT COURT

2