IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2023 AUG 14  AM 11: 20
JEFFREY P. COLWELL
CLERK
BY_____DEP. CLK

Criminal Action No. **23-mj-139-STV**

UNITED STATES OF AMERICA,

  Plaintiff,

v.

GABRIEL LEAL,

  Defendant.

---

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

**TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF COLORADO, OR TO ANY OTHER UNITED STATES MARSHAL, OR TO ANY OTHER FEDERAL LAW ENFORCEMENT OFFICER** AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE DEFENDANT MAY BE HELD:

This Writ is issued upon Order of the United States District Court for the District of Colorado.  I hereby command that you bring the body of GABRIEL LEAL, YOB: 1997, Inmate # 427318, now confined in Pueblo County Jail (909 Court St, Pueblo, CO 81003), before a United States Magistrate Judge, sitting at Denver, Colorado, forthwith in the United States District Court for the District of Colorado; to appear for proceedings in the above-referenced and pending case; and to hold said Defendant at all times in your custody as an agent of the United States of America; that immediately after the conclusion of the proceedings and final disposition of the above-entitled case in the United States

1

District Court for the District of Colorado, you shall return the Defendant to the institution where he was confined, under safe and secure conduct.

DATED at Denver, Colorado, this __10th__ day of August, 2023.

BY THE COURT:

s/ J. Torres, Deputy Clerk
CLERK, UNITED STATES DISTRICT COURT

**PARTIAL/FINAL RETURN**
WITHIN NAMED PERSON TRANSPORTED
FROM _Pueblo County Jail_ TO
_USMS Denver_
ON _8/11/23_

UNITED STATES MARSHAL
DISTRICT OF COLORADO
BY _____
DEPUTY U.S. MARSHAL

**PARTIAL/FINAL RETURN**
WITHIN NAMED PERSON TRANSPORTED
FROM _____ TO
_____
ON _____

UNITED STATES MARSHAL
DISTRICT OF COLORADO
BY _____
DEPUTY U.S. MARSHAL