IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 23-cr-00363-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  GABRIEL LEAL,

    Defendant.

---

**INDICTMENT**

---

The Grand Jury charges:

## COUNT 1

From on or about July 19, 2023, through on or about July 21, 2023, in the State and District of Colorado, the defendant, GABRIEL LEAL, did use a facility and means of interstate and foreign commerce to knowingly attempt to persuade, induce, entice, and coerce any individual who had not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense, namely, sexual assault in violation of C.R.S. § 18-3-402(1)(d).

All in violation of Title 18, United States Code, Section 2422(b).

## COUNT 2

On or about July 20, 2023, in the State and District of Colorado, the defendant, GABRIEL LEAL, did use a facility and means of interstate and foreign commerce to knowingly attempt to transfer obscene matter to another individual who had not attained

the age of 16 years, knowing that the other individual had not attained the age of 16 years.

All in violation of Title 18, United States Code, Section 1470.

## FORFEITURE ALLEGATION

1. The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Sections 2428 and 1467.

2. Upon conviction of the violation alleged in Count One of this Indictment, involving a violation of Title 18, United States Code, Section 2422(b), the defendant, GABRIEL LEAL, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428, any and all of the defendant's right, title, and interest in:

   a. any property, real or personal, used or intended to be used to commit or to facilitate the commission of such violation; and

   b. any property, real or personal, constituting or derived from any proceeds that such person obtained, directly or indirectly, as a result of the violation.

3. Upon conviction of the violation alleged in Count Two of this Indictment, involving a violation of Title 18, United States Code, Section 1470, the defendant, GABRIEL LEAL, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1467, any and all of the defendant's right, title, and interest in:

   a. any obscene material produced, transported, mailed, shipped, or received in violation of chapter 71 of Title 18;

   b. any property, real or personal, constituting or traceable to gross profits or

other proceeds obtained from such offense; and

    c.  any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

4.    Upon conviction of the violation alleged in Count Two of this Indictment involving a violation of Title 18, United States Code, Section 1470, if any of the property described above, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the Court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 18, United States Code, Section 1467(b), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A TRUE BILL:

<u>Ink signature on file in Clerk's Office</u>
FOREPERSON

COLE FINEGAN
United States Attorney

By: <u>*s/ Andrea Surratt*</u>
Andrea Surratt
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0200
Fax:  303-454-0406
E-mail: andrea.surratt@usdoj.gov
Attorney for Government