| | |
|---|---|
| DEFENDANT: | Gabriel Leal |
| AGE/YOB: | 25/1997 |
| COMPLAINT FILED? | ___x____ Yes    _____ No<br><br>23-mj-139-STV |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? | __x__ Yes    ____ No |
| OFFENSE(S): | Count 1: 18 U.S.C. § 2422(b) (attempted coercion and enticement of a minor)<br><br>Count 2: 18 U.S.C. § 1470 (attempted distribution of obscene materials to a minor) |
| LOCATION OF OFFENSE: | El Paso County, CO |
| PENALTY: | Count 1: NLT 10 years, NMT life; NMT $250,000 fine, or both; supervised release of NLT 5 years, NMT life; $100 Special Assessment.  For offenses under Chapters 77, 109A, 110, 117 committed on or after May 29, 2015, $5,000 Special Assessment if the defendant is a non-indigent person.  For offenses committed on or after December 7, 2018, a Special Assessment of no more than $50,000 if convicted of child pornography production as defined by 18 U.S.C. Section 2259(c)(1), which includes offenses under 18 U.S.C. Section 2251(a) through (c), 2251A, 2252A(g) (in cases in which the series of felony violations involves at least 1 of the violations listed in this subsection), 2260(a) or any offense under chapter 109A or chapter 117 that involved the production of child pornography (as such term is defined in 18 U.S.C. Section 2256).<br><br>Count 2: NMT 10 years' imprisonment; $250,000 fine; NMT 3 years' SR; $100 S.A. |
| AGENT: | FBI SA KC Hughes |
| AUTHORIZED BY: | AUSA Andrea Surratt |

ESTIMATED TIME OF TRIAL:

___x___ five days or less; ___ over five days

THE GOVERNMENT:

___x___ will seek detention in this case based on 18 U.S.C. § 3142(f)(1) and/or (f)(2).

_____ will not seek detention

The statutory presumption of detention is applicable to this defendant.