IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 23-cr-363-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GABRIEL LEAL,

    Defendant.

## UNOPPOSED MOTION FOR A PROTECTIVE ORDER

The United States of America (the "Government"), by and through Andrea Surratt, Assistant United States Attorney, hereby moves this Court for a protective order.

1. Due to the nature of the charges, the privacy protection measures set forth below and afforded under the Child Victims' and Child Witnesses' Rights Act (the "Act"), 18 U.S.C. § 3509, including § 3509(d), apply to this case.

2. The Act affords certain protections to child victims and child witnesses, including requiring the parties and other personnel to maintain the confidentiality of any documents disclosing the name of and information concerning a minor victim, maintain the confidentiality of any information in said documents concerning a minor victim, maintain the confidentiality of the minor victim's identity in all public filings and court proceedings, and file under seal without the necessity of a Court order any filings that disclose the identity or other personal information of the minor victim.

3.       Due to the nature of the instant case and the discovery that the Government intends to produce, there is a significant possibility that without a protective order, names or other information concerning minor victims/witnesses could be disclosed, which would be detrimental to the minors.

4.       Because the provisions of the Act apply, the Government is requesting a protective order that governs filings in this case consistent with 18 U.S.C. § 3509(d) and as suggested in the Proposed Order attached hereto.

5.       Additionally, the Government respectfully requests the protective order limit disclosure of the discovery materials, as the Government believes that the unnecessary disclosure of documents which contain identifying information related to minor victims/witnesses could be detrimental to the minors.

6.       The Government has consulted with counsel for the defendant and informs the Court that the defendant does not object to the entry of the proposed protective order.

WHEREFORE, the government respectfully requests the Court enter a protective order consistent with those suggested in the Proposed Order, which is attached.

Respectfully submitted,

COLE FINEGAN
United States Attorney

*/s Andrea Surratt*
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
E-mail:  Andrea.Surratt@usdoj.gov
Attorney for Government